DAVID A. KAYS, ESQ. (120798)
FREEDA Y. LUGO, ESQ. (244913)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Non-Party
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>Google Inc.,<br>Google Commerce Ltd.,<br>Google Germany GmbH, and<br>Google Ireland Ltd.<br><br>For Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Civil Action No. 14-cv-2794-H-JLB<br><br>**QUALCOMM INCORPORATED'S CORPORATE DISCLOSURE STATEMENT** |

QUALCOMM INCORPORATED'S CORPORATE
DISCLOSURE STATEMENT
CASE NO. 12-CV-2794-H-JLB

- 1 -

Case 3:14-cv-02794-L-BLM   Document 7   Filed 01/08/15   PageID.488   Page 2 of 3

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Qualcomm, Inc. ("Qualcomm") provides the following information as its Corporate Disclosure Statement. Qualcomm has no parent corporation, and there are no other publicly-held corporations that own 10% or more of the stock of Qualcomm.

Dated:  January 8, 2015          MORGAN, FRANICH, FREDKIN & MARSH

By:  */s/ David A. Kays*
    DAVID A. KAYS
    Attorneys for Non-Party
    QUALCOMM INCORPORATED

DISPLOSURE STATEMENT                                                          - 2 -
CASE NO. 12-CV-2794-H-JLB

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I caused this document to be electronically filed with the Clerk of the Court using the ECF System of the U.S. District Court for the Southern District of California, which, under Local Civil Rule 5.4(b) and (c), will send notification of such filing to, constituting service of this document on, all Filing Users.

JACKLYN LE